# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>) | **CASE NO.  1:13CR345-59** |
| Plaintiff,  )<br>) | **JUDGE CHRISTOPHER A. BOYKO** |
| Vs.  )<br>)<br>) | |
| )<br>)<br>**SHAUN D. WILLIAMS,**  )<br>) | **ORDER ADOPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE** |
| Defendant.  ) | |

    The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Baughman to the charge of Count 75 in the Indictment.  The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied. THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Baughman, approves the plea agreement, accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Indictment.

    The signed Plea Agreement shall be filed as of the date of this Order.

    IT IS SO ORDERED.

                                                           s/ Christopher A. Boyko<br>
                                                          CHRISTOPHER A. BOYKO<br>
                                                          United States District Judge

Dated: June 4, 2014